**Joe Leonard LAMBRIGHT, Petitioner–Appellant,**

v.

**Terry L. STEWART, Director, Arizona Department of Corrections, Respondent–Appellee.**

**Robert Douglas Smith, Petitioner–Appellant,**

v.

**Terry L. Stewart, Director, Arizona Department of Corrections, Respondent–Appellee.**

Nos. 96–99020, 96–99025 and 96–99026.

United States Court of Appeals, Ninth Circuit.

May 25, 1999.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Lambright v. Stewart*, 167 F.3d 477 (9th Cir. 1999), is withdrawn.